■ In the Matter of CAROL WILLS, Appellant, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents, and ALBERT BOYCE et al., Respondents-Respondents. (And Other Proceedings.) — Judgment of the Supreme Court, Kings County (Kramer, J.), dated August 20, 1984, affirmed, insofar as appealed from, without costs or disbursements. No opinion. O'Connor, J. P., Rubin, Boyers and Eiber, JJ., concur.